UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 22-cv-01124-HLA-LLL

GAIL CAUDLE

      Plaintiff,

v.

HULL PROPERTY GROUP, LLC.,
d/b/a Lake City Mall

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, GAIL CAUDLE, and Defendant, HULL PROPERTY GROUP, LLC., d/b/a Lake City Mall, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action against named Defendants with each party is to bear its own costs and attorney's fees.

      Respectfully submitted this March 28, 2023.

| By: */s/ J. Courtney Cunningham* | By: */s/ Gary S. Edinger* |
|---|---|
| J. Courtney Cunningham, Esq. | GARY S. EDINGER, Esq. |
| Florida Bar No.: 628166 | Florida Bar No.: 0606812 |
| **J. COURTNEY CUNNINGHAM, PLLC** | **BENJAMIN, AARONSON,** |
| 8950 SW 74th Court, Suite 2201 | **EDINGER & PATANZO, P.A.** |
| Miami, Florida 33156 | 305 N.E. 1st Street |
| T:  305-351-2014 | Gainesville, Florida 32601 |
| cc@cunninghampllc.com | (352) 338-4440/ 337-0696 (Fax) |

**Page 1 of 2**

**Caudle v. Hull Property Group, et al**
**Case No. 22-cv-01124-HLA**

| legal@cunninghampllc.com | GSEdinger12@gmail.com |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 28, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*