UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GAIL CAUDLE,**

     Plaintiff,

v.                                CASE NO. 3:22-cv-1124-HLA-LLL

**HULL PROPERTY GROUP, LLC.,**
d/b/a Lake City Mall**,**

     Defendant.
_____/

## O R D E R

     Pursuant to the Joint Stipulation of Dismissal with Prejudice (Dkt.14),

it is

     **ORDERED** that this action is **DISMISSED with prejudice**.

     **DONE AND ORDERED** at Jacksonville, Florida this 4th day of April

2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:   Counsel of Record